

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: PUBLICACIONES E. IMPRESOS DEL NORTE, S. DE R.L. DE C.V., PUBLICACIONES PASO DEL NORTE, S.A. DE C.V., AND PASO DEL NORTE PUBLISHING, INC. <br>                  Relators. | §<br>§<br>§<br>§<br>§ | No. 08-22-00099-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Alvarez, Judge of the County Court at Law No. 3 of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF FEBRUARY, 2023.


                                      YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.